

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F. AND S.W.F., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant S.F.'s parental rights. Appellant's brief was originally due to be filed on April 5, 2021. On April 5, 2021, appellant filed a motion requesting an extension of time to file the brief.

By order dated April 6, 2021, appellant's first motion for extension of time was granted, extending the deadline to file the brief to April 26, 2021. Because the disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration, our order noted this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Our order further stated, "Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored."

On April 26, 2021, appellant's attorney filed a second motion for extension of time requesting an additional twenty-day extension. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. Appellant's brief must be filed no later than May 17, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2021.



Michael A. Cruz,
Clerk of Court